IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CECILIA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV193-VPM |
| | ) | [WO] |
| COOPER LIGHTING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the plaintiff's Motion to Compel Inspection, filed on 16 October 2006 (Doc. # 20), and the defendants' objection to the inspection (Exh. 5 to the motion, Doc. # 20), and for good cause, it is

ORDERED that the motion is GRANTED.  The plaintiff's request for inspection is a reasonable one, and the court specifically finds that its implementation  - especially when limited to the "15 to 20 minutes" referenced by the plaintiff -   would not impose a burden upon the defendant.  Moreover, the court specifically finds that the discovery sought by the plaintiff is "reasonably calculated to lead to the discovery of admissible evidence".  Accordingly, it is further

ORDERED that on or before 7 November 2006, the defendant shall permit the plaintiff to conduct the referenced inspection.

DONE this 23rd day of October, 2006.

                                            /s/ Vanzetta Penn McPherson
                                            VANZETTA PENN MCPHERSON
                                            UNITED STATES MAGISTRATE JUDGE