IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-193-WC |
| | ) |
| COOPER LIGHTING, INC. | ) |
| | ) |
| Defendant, | ) |
| | ) |

**JUDGMENT**

In accordance with the memorandum opinion and order entered herewith, it is the ORDER, JUDGMENT, and DECREE of this court that summary judgment is entered in favor of the defendant. Costs are taxed against the plaintiff.

Done this 5th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE